IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| ROBERT SCHWARTZ, | Case No. 07-1141 |
|---|---|
| Plaintiff | Judge Algenon L. Marbley |
| | Magistrate Judge Mark R. Abel |

v.

ONE EQUITY CORP., *et al.*,

Defendants

## AGREED ORDER

The matter of the Notice of Stay filed by Receiver Frederick L. Ransier came before this Honorable Court at a telephonic status conference held on July 29, 2008. After due consideration, the Court finds as follows:

- The stay imposed by the appointment of a Receiver for One Equity Corporation, Dafcan Finance, Inc., Triangle Equities, Inc., Triangle Equities Group and Victory Management, Inc. shall remain in place pending further Orders of this Court.

- The stay is lifted as to the remaining defendants.

- The Motion of Plaintiff to Vacate the Settlement and to Permit Discovery [Doc. No. 83] is denied.

IT IS SO ORDERED.

_____
Judge Algenon L. Marbley

SUBMITTED BY:

/s/ Amelia A. Bower
Amelia A. Bower (No. 0013474)
Counsel for Plaintiff
PLUNKETT COONEY
300 East Broad Street Suite 590
Columbus, Ohio 43215

/s/ electronic consent
Patrick M. Quinn (No. 0081692)
The Brunner Law Firm
Counsel for Lisa Buccellato, ML
Financial Services, Inc., Rocco Pistilli
and Strategic Alliance Group, Inc.
545 E. Town Street
Columbus, Ohio 43215

/s/ electronic consent
William F. O'Shea
Counsel for HedgeLender LLC and
Roel Hoekstra
5536 Miriam Road
Philadelphia, Pennsylvania 19124

/s/ submitted but not approved
Brenda K. Bowers
Counsel for Frederick L. Ransier
52 East Gay Street
Box 1008
Columbus, Ohio 43215

/s/ submitted with no response
Karl H. Schneider
Aaron Weir
Counsel for Michael and Melissa
Spillan
250 Civic Center Drive Suite 500
Columbus, Ohio 43215

Branches.19813.74112.1720930-1