# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Robert Schwartz** | : | |
| **Plaintiff,** | : | |
| | : | Case No. 2:07-cv-1141 |
| v. | : | |
| | : | |
| **One Equity Corporation, et al.** | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| **Defendants.** | : | Magistrate Judge Abel |
| | : | |

## ORDER

This matter is before the Court on Defendant Lisa Buccellato's Request for Reconsideration to Participate in Status Conference by Telephone (Dkt. 130).  Upon consideration of Ms. Buccellato's request, the Motion is **GRANTED**.

**IT IS SO ORDERED.**

                                        s/Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT COURT**

**Dated: October 4, 2010**